ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Saynice Lugo-Young
_______________
_______________
NAME OF PLAINTIFF(S)

RECEIVED
JUL 12 2010
PRO SE OFFICE

COMPLAINT

v.

Courier Network Inc
_______________
_______________
NAME OF DEFENDANT(S)

CV 10- 3197

MAUSKOPF, J.

BLOOM, M.J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

__✓__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

__✓__ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

116-27 170th St., Jamaica
Street Address

Queens, NY, 11434, (718)977-1838
County, State, Zip Code, Telephone Number

2. Defendant(s) resides at, or its business is located at:

182-30 150th RD Suite 119
Street Address

Queens, Jamaica NY, 11413
County, City, State, Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

182-30 150th RD Suite 119
Street Address

Queens, Jamaica, NY, 11413
County, City, State, Zip Code

4. The discriminatory conduct of which I complain in this action includes (check only those that apply).

_____ Failure to hire.

__✓__ Termination of my employment.

_____ Failure to promote.

_____ Failure to accommodate my disability.

__✓__ Unequal terms and conditions of my employment.

__✓__ Retaliation

__✓__ Other acts (specify): Equal Pay (EPA)

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on: 2/17/09 - 5/1/09 2007.
Date(s)

6. I believe that the defendant(s) (check one)

_____ is still committing these acts against me.

_____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

[✓] race black [ ] color ________

[✓] gender/sex female [ ] religion ________

[ ] national origin ________

[✓] age 42 My date of birth is: 5/3/68
Date

[ ] disability ________

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

Please see attached documents 4 pgs total

① One question left unanswered by my former employer still plagues me. Why do 3 minority women with 3 different levels of education and 3 different years of service make the same salary?

(Attach additional sheets as necessary)

**Note:** As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: ____________________.
Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 6/2009.
Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one),

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission (check one):

_____ has not issued a Right to Sue letter.

__✓__ has issued a Right to Sue letter, which I **received on** July 3, 2010.
Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

[signature] Lugo-Young
PLAINTIFF'S SIGNATURE

Dated: July 12, 2010

116-27 170th St.
Address
Jamaica, NY 11434
(718) 977-1838
Phone Number

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Dayniece S. Lugo-Young
116-27 170th Street
Jamaica, NY 11434

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-38620 | Roxanne Zygmund, Investigator | (212) 336-3764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[X] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

Spencer H. Lewis, Jr.,
Director

06/29/2010
*(Date Mailed)*

Enclosures(s)

cc: Director of Human Resources
COURIER NETWORK SERVICES
182-30 150th Road
Suite 119
Jamaica, NY 11413

Jamie S. Felsen, Esq.
Milman, Labuda Law Group, PLLC
3000 Marcus Ave., Suite 3W3
Lake Success, NY 11042

**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: COURIER NETWORK SERVICES
EEOC Charge No.: 846-2009-38620
FEPA Charge No.:

April 15, 2010

Dayniece S. Lugo-Young
116-27 170th Street
Jamaica, NY 11434

Dear Ms. Lugo-Young:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ] Title VII of the Civil Rights Act of 1964 (Title VII)
[ X ] The Age Discrimination in Employment Act (ADEA)✓
[ ] The Americans with Disabilities Act (ADA)
[ X ] The Equal Pay Act (EPA) ✓
[ ] The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X] Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Elizabeth Cadle
ADR Enforcement Manager
(212) 336-3646

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): **846-2009-38620**

**New York State Division Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Dayniece S. Lugo-Young** | **(718) 977-1838** | **05-03-1968** |

| Street Address | City, State and ZIP Code |
|---|---|
| **116-27 170th St., Jamaica, NY 11434** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **COURIER NETWORK SERVICES** | **15 - 100** | **(718) 656-7777** |

| Street Address | City, State and ZIP Code |
|---|---|
| **182-30 150th Road, Suite 119, Jamaica, 11413** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION NEW YORK DISTRICT OFFICE ENFORCEMENT UNIT E-I
MAR 12 2010
DATE RECEIVED

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE [X] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [X] AGE [ ] DISABILITY [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest —
Latest **May 1, 2009**
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe I was terminated based on my race (Black), gender (female), in retaliation for having complained and advocating for the rights of other women, all in violation of Title VII of the Civil Rights Act of 1964, as amended. I further complain that I was discriminated against based on my gender (female) when I was not paid an equal salary for the job my male counterpart / predecessor performed in violation of the Equal Pay Act. I believe my age (40) played a role in these events as well in violation of the Age Discrimination in Employment Act. I worked from February 19, 2007 until I was terminated on May 1, 2009 based on race (Black), gender (female) and in retaliation for having complained about these types of discrimination on behalf of myself and others in the workplace. Specifically, on 8-24-08 I asked for a raise and was told there was no money although Stephen Petraglia (white) received moneys for car payments, car insurance and other perks. On 11-19-2008 I complained that I believed that the former bookkeeper Kin DeVilla received a higher salary than me because he is male In violation of the Equal Pay Act. 2

I complained that other women received lower compensations than their male co-worker and were not given opportunities to advance to higher paying positions. Specifically, Roann Lawerence (female), [redacted] made approximately $ 20,000.00 less than Nichol Ally (male). Dispatcher, Vicky Savinon (female) made approximately $ 400.00 less than Shazim Hussain. I made approximately $ 3,500 less than Alexi Ally and $17,500.00 less than Stephen Petraglia. April 2007 I complained to my boss, Elazar Greenstein that Roann Lawrence was not receiving overtime while Nichole Ally, Alexi Ally, Shazim Hussain and other males were paid overtime. By August 2007 I requested a salary adjustment and was given a $7,500.00 raise. The women were not given an opportunity to work or be hired into the same positions that the men were allowed to work and earn more money and extra perks. Because I complained to my former boss about these discriminatory issues, I believe I was targeted for lay off in retaliation for having complained / advocated for the rights of other women in the work place.

1) 11-19-2008
2) in
3) Lawrence
4) Elazar Grinstein
5) Shazim
6) $7,500.00

Continued on page 2

About August 2008 I was due a yearly review and received no review and no raise. Two male employees Nichole Ally and Shazim Hussain received bonuses of $ 10,000.00 and $ 5,000.00 respectively. On or about August 24, 2008, my boss called me into the office to justify not giving me a raise by saying "finances are tight and we do not have any money.". Later, I received a salary increase of $1,000.00. Throughout the latter part of the year there are other examples of disparate treatment. October 2008 Stephen Petraglia (white, male) received top healthcare coverage while Roann Lawrence (Black, female) continued to receive basic coverage.

February 19, 2009 I asked for a raise again because I was still not at the rate of my male predecessor. Once again the males continued to receive raises while the women did not. Although I was told that my position was eliminated, I believe my former employer is using this as a pretext to cover up discrimination based on race and gender in violation of Title VII of the Civil Rights Act of 1964, as amended along with the Equal Pay Act. Tanya (last name unknown at this time) was eventually hired to replace me. I believe Alexi Ally (male) was hired 8 days before firing me. He was being paid as an Operation Agent (he did a little of everything) with a salary of approximately 46,000.00. If the reason that I was given when I was fired was no money, then why hire Alexi at a hirer salary than me and then later hire another employee to replace me.

I believe I was terminated based on my race (Black), gender (female), in retaliation for having complained and advocating for the rights of other women, all in violation of Title VII of the Civil Rights Act of 1964, as amended. I further complain that I was discriminated against based on my gender (female) when I was not paid an equal salary for the job my male counterpart / predecessor performed in violation of the Equal Pay Act. I believe my age (40) played a role in these events as well in violation of the Age Discrimination in Employment Act.

See Also the attached for additional info.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* [signature] |
| I declare under penalty of perjury that the above is true and correct. 3/9/2010 [signature] *Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT [signature] SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) 3/9/10 ERIKA BROWN Notary Public, State of New York No. 01BR6149031 Qualified in Queens County COMMISSION EXPIRES 07/03/2010 |

I have worked since February 19, 2007 until I was laid off May 1, 2009 based on race (Black), gender (female), age (over 40) and in retaliation for having complained about the different types of discriminations on behalf of myself and the other employees in the workplace. Upon hire, I was given a salary of $35,000 (amount was below the stated salary), 3 months probation and a promise that my salary will increased upon probation review. August 2007, I inquired about the review and the pay adjustment. A review was done and the employer granted a salary adjustment of $7,500.

I have made various inquires to the employer regarding several discriminatory occurrences from 2007-2009. Specifically, why three minority females with three different levels of education and three different years of service make the same salary? Why does the employer disregard and not pay overtime worked by the women? Why did I receive a salary of $15,000 less than my male predecessor (Kin Devilla $50,000)? And other questions that the employer refused to address. The women were not given an opportunity to work or be hired into the same positions that men were allowed to work and earn more money and extra perks. Because I brought these issues to my former boss, I believe I was targeted for lay off in retaliation of my having many questions and concerns regarding the discriminatory factors within the workplace.

Feb 2008, I was due for a yearly review and raise and received no review or raise. On 8/1/2008 employer gives raises to two male employees (Nichol Ally & Shazim Hussain) respectively $10,000 and $7,000. This was Nichol's 2nd $10,000 raise in 8 months. On 8/5/2008, I asked the employer if I can receive a raise also. Employer stated "We are in a recession, our finances are tight and we do not have the money." On 8/24/08 the employer called me into his office to justify denying me the raise and gave me a onetime compensation of $1,000. I returned it to the employer and asked him how he justified that amount. He never answered, he said it was his money and he could do with it what he wanted. Throughout the year, there were other acts of disparate treatment.

January 9, 2009, a layoff was called because of the economy. I was told that my job was safe because I was the only one who knew the numbers. The two minority women and two minority males lost their employment. On February 19, 2009 I again asked my employer about a raise because I was still not at the rate of my predecessor. Once again, the males continued to receive benefits while I did not. I was the only female left in the company; I was also the only Black American, and the only one with knowledge and experience to do the job. The employer denied the raise. No reason given. On 4/22/2009 the employer hired Alexi Ally as an Operations agent (he did a little of everything) at the rate of $46,000. On 5/1/09 the employer informed me that he was laying me off due to the economy (please read layoff letter). On or about 5/4/09 a white female under 40 named Tanya (last name unknown at this time) was hired as the new bookkeeper. Although I was told my position was being eliminated, I believe my former employer is using this and the recession as a pretext to cover up discrimination based on race, gender, and age in violation of Title VII of the Civil Rights Act of 1964 as amended. I believe I was terminated based on my race, gender, and age in retaliation for having questioned and advocated for the rights of other women at my former career, all in

violation of Title VII of the Civil Rights Act as amended.