# CIVIL CAUSE FOR PREMOTION CONFERENCE
# BEFORE: JUDGE ROSLYNN R. MAUSKOPF

| | |
|---|---|
| DATE & TIME: | **3/17/11, 11:00-12:00** |
| CASE NUMBER: | **10-cv-3197** |
| CASE TITLE: | **Lugo-Young v. Courier Network Inc** |
| Pro Se Litigant: | Dayniece Lugo-Young<br>__X__ Present ____ Not Present |
| DEFENDANT'S ATTORNEY: | **Jamie Felsen**<br>X___ Present ____ Not Present |

COURT REPORTER: Fred Guerino

The Court accepts, as part of Plaintiff's opposition to Defendant's motion to dismiss, two letters received with exhibits: Docket Nos. [11] and [15]. On or before March 17, 2011, Plaintiff pro se is directed to file a full set of documents regarding her EEOC Complaint and shall also provide a copy of these documents to defense counsel. The Court consolidates both of Plaintiff's cases: 10-cv-3197 and 11-cv-859. The Court also deems Plaintiff's Complaint in 10-cv-3197 amended to reflect the Equal Pay Act claim included in her Complaint filed in 11-cv-859. Plaintiff's Equal Pay Act claim will proceed to discovery. The will allow the briefing schedule on Defendant's motion to dismiss as to Plaintiff's Title VII and ADEA claims to go forward. Defendant's Reply and the fully-briefed motion shall be filed on April 4, 2011.