FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 13 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DAYNIECE LUGO-YOUNG,

Plaintiff,

-against-

COURIER NETWORK, INC.,

Defendant.

-------------------------------------------------------X

**ORDER**
**10 CV 3197 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a status conference in this *pro se* action pursuant to the Equal Pay Act on June 12, 2012. The parties settled the case on the record and executed a stipulation of discontinuance that the Court shall have filed.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: June 12, 2012
Brooklyn, New York